FILED

12/19/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0589

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 23-0589

STATE OF MONTANA,

     Plaintiff and Appellee,

v.

TIMOTHY ERIC RITESMAN,

     Defendant and Appellant.

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO FILE OPENING BRIEF AND DECLARATION IN SUPPORT

Upon reading and filing Unopposed Motion for Extension of Time to File Opening Brief and Declaration in Support by attorney Penelope S. Strong, and good cause appearing, wherefore;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED,** and the deadline set to file the Opening Brief in this case is hereby extended from December 20, 2024, to February 3, 2025.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 19 2024